**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Vincent A. Torres Robinson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-164326

---

Appeal From Kershaw County
James R. Barber, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-269
Submitted May 1, 2013 – Filed June 19, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender Robert M. Pachak, of Columbia; and Vincent A. Torress, pro se, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Brian T. Petrano, all of Columbia, for Respondent.

---

**PER CURIAM:**  Petitioner seeks a writ of certiorari from the dismissal of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant the petition for writ of certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner appeals the revocation of his probation. After a thorough review of the record and all briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.